IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TRACEY PICKETT, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-39 (WLS-TQL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated September 26, 2022, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED. JUDGMENT is hereby entered in favor of Defendant.

This 26th day of September 2022.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk